IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTAHJ SAMELLE JENKINS,**

    **Plaintiff,**

    v.                                                                **CASE NO. 25-3045-JWL**

**CHRIS McCLAIN, et. al,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se case under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF"). The Court granted Plaintiff leave to proceed in forma pauperis. (*See* Doc. 3.)

The Court screened Plaintiff's Complaint under 28 U.S.C. § 1915A(a) and entered a Memorandum and Order to Show Cause (Doc. 4, "MOSC") directing Plaintiff to show cause why his Complaint should not be dismissed. In response to the MOSC, Plaintiff filed an Amended Complaint (Doc. 5, "AC"). The Court screened the AC and entered a second Memorandum and Order to Show Cause (Doc. 6, "MOSC2"), finding the AC is subject to dismissal for failure to state a claim and giving Plaintiff an opportunity respond. The deadline for Plaintiff to respond to the MOSC2 was July 11, 2025, and Plaintiff has filed a Second Amended Complaint (Doc.7, "SAC"). The screening standards for complaints brought by prisoners are explained in both the MOSC and the MOSC2. (Doc. 4, at 2-3; Doc. 6, at 2-3.)

The SAC is identical to the AC, except for a single sentence added to the request for relief. Plaintiff did not correct any of the deficiencies noted in the MOSC2: he did not address the

1

apparent misjoinder of claims and parties, he failed to name any defendants to his excessive force claim, he did not state whether he suffered any physical injury, he did not explain the context of the alleged use of force or provide any additional details about the incident, he failed to provide sufficient facts to support his conditions of confinement claim, and he did not provide sufficient facts to support his First and Fourteenth Amendment claims.  The SAC is deficient for the same reasons the AC was deficient – the same reasons explained in detail in the MOSC2.  (*See* Doc. 6, at 4-14.)

Plaintiff has failed to show good cause why this matter should not be dismissed.

**IT IS THEREFORE ORDERED** that this matter is **dismissed** for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**.

**Dated July 22, 2025, in Kansas City, Kansas.**

>**S/   John W. Lungstrum**
>**JOHN W. LUNGSTRUM**
>**UNITED STATES DISTRICT JUDGE**